UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JIMMIE STEPHEN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>R. W. FOX, et al.,<br><br>　　　　Defendants. | No.  2:16-cv-2574 CKD P<br><br><br>ORDER |

Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983 along with an application to proceed in forma pauperis. See 28 U.S.C. §§ 1914(a), 1915(a).

28 U.S.C. § 1915 permits any court of the United States to authorize the commencement and prosecution of any suit without prepayment of fees by a person who submits an affidavit indicating that the person is unable to pay such fees. However,

> [i]n no event shall a prisoner bring a civil action or appeal a judgment in a civil action or proceeding under this section if the prisoner has, on 3 or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury.

28 U.S.C. § 1915(g).

Court records indicate that plaintiff has been deemed a "Three Strikes" inmate under 28 U.S.C. § 1915(g). <u>Stephen v. Zhang</u>, No. 2:12-cv-630 GGH P (E.D. Cal.), ECF No. 5. The court takes judicial notice of the six cases identified therein as § 1915(g) strikes, all of which were dismissed for frivolousness or failure to state a claim. <u>See also</u> <u>Stephen v. Hernandez</u>, No. 08-cv-0750 BEN (BLM) (identifying plaintiff as three-strikes litigant).

The imminent danger applies only if it is clear that the danger existed when the complaint was filed. <u>Andrews v. Cervantes</u>, 493 F.3d 1047, 1053 (9th Cir. 2007). Allegations of imminent danger that are overly speculative or fanciful may be rejected. <u>Id.</u> at 1057, n.11. Having reviewed the complaint, the undersigned finds that plaintiff has not credibly alleged "imminent danger of serious physical injury" under § 1915(g).

In light of the above, plaintiff will be granted fourteen days to pay the filing fee in this action; otherwise, it will be dismissed.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motion to amend (ECF No. 5) is granted;

2. Plaintiff's motion to proceed in forma pauperis (ECF No. 2) is denied; and

3. Plaintiff shall pay the $400 filing fee no later than fourteen days from the date of this order. Failure to comply with this order will result in dismissal of this action.

Dated: January 26, 2017

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

2 / step2574.threestrikes